# United States District Court
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| Jamie Lee Alston | Case Number: CR201-00001-001 |
| | USM Number: 10642-021 |
| | G. Todd Carter |
| | Defendant's Attorney |

**THE DEFENDANT:**

[ ] admitted guilt to violation of condition(s) ___ of the term of supervision.
[X] was found in violation of standard and mandatory conditions after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant left the judicial district without the permission of the Court or probation officer (standard condition). | January 15, 2007 |
| 2 | The defendant committed another Federal, state, or local crime (mandatory condition). | January 15, 2007 |

The defendant is sentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s)___ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No:

Defendant's Date of Birth:

May 17, 2007
Date of Imposition of Judgment

Signature of Judge

Defendant's Residence Address:
120 Carneghan Church Road
Darien, Georgia 31305

Defendant's Mailing Address:
120 Carneghan Church Road
Darien, Georgia 31305

Judge, U.S. District Court
Name and Title of Judge

5-18-07
Date

DEFENDANT: Jamie Lee Alston
CASE NUMBER: CR201-00001-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: __16 months__.

[X] The Court makes the following recommendation to the Bureau of Prisons:

That the defendant be incarcerated at the facility located in Jesup, Georgia.

[X] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district,

   [ ] at ___ [ ] a.m. [ ] p.m. on _____.
   [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] before 2 p.m. on _____.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
United States Marshal

By _____
Deputy United States Marshal